# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Document # **5**

------

Barnett

-v-

USA

------

U.S.C.A. # _____

U.S.D.C. # 07-cv-3063

JUDGE: KMW

DATE: June 14, 2007

*U.S. DISTRICT COURT FILED JUN 14 2007*

## INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME): THOMAS R. PISARCZYK
FIRM: U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK
ADDRESS: 500 PEARL STREET, ROOM 370
NEW YORK, NEW YORK 10007
PHONE NO.: (212) 805 - 0636

**DISTRICT COURT DOCKET ENTRIES** ------

**DOCUMENT DESCRIPTION**                                                  **DOC. #**

CLERK'S CERTIFICATE

SEE ATTACHED LIST OF NUMBERED DOCUMENTS

( ✓ ) **Original Record**                              ( ___ ) **Supplemental Record**

The record in the above entitled case was indexed to the U.S.C.A for the Second Circuit on the 4th Day of June, 2007.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------     U.S.C.A. # _____

            Bennett

            -v-                               U.S.D.C. # 07-cv-3063

            USA                         JUDGE: KMW

-------------------------------------------------     DATE: June 14, 2007

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __4__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

Date Filed                          Document Description

_____       _____
_____       _____
_____       _____
_____       _____
_____       _____
_____       _____
_____       _____
_____       _____

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this __14th__ Day of __June__ In this year of our Lord, Two Thousand and Seven, and the Independence of the United States this 231ST year.

                                              J. Michael McMahon, Clerk

                                       By _____
                                                     Deputy Clerk

2255, APPEAL, CLOSED, MEMBER

**U.S. District Court**
**United States District Court for the Southern District of New York (Foley Square)**
**CIVIL DOCKET FOR CASE #: 1:07-cv-03063-KMW**
**Internal Use Only**

Barnett v. United States of America
Assigned to: Judge Kimba M. Wood
Cause: 28:2255 Motion to Vacate / Correct Illegal Sentenc

Date Filed: 04/16/2007
Date Terminated: 04/16/2007
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: U.S. Government Defendant

| Date Filed | # | Docket Text |
|---|---|---|
| 04/16/2007 | 1 | MOTION to Vacate, Set Aside or Correct Sentence (28 U.S.C. 2255). NO FURTHER ENTRIES. PLEASE SEE CRIMINAL CASE: 90-cr-913.Document filed by Bernard Barnett.(laq) (Entered: 04/24/2007) |
| 04/16/2007 | | Magistrate Judge Gabriel W. Gorenstein is so designated. (laq) (Entered: 04/24/2007) |
| 04/16/2007 | 2 | ORDER OF DISMISSAL, The Clerk of Court is directed to assign a docket number to the two actions (1:07-cv-3061 & 1:07-cv-3063) which are consolidated solely for the purpose of this order. For the reasons set forth in this order, the petitions are dismissed.Accordingly, the petitioner's applications under 3582(c)(2) and FRCP 60(b) are dismissed. To the extent they are construed as motions under 2255, they are dismissed for lack of jursdiction over second or successive 2255 motions. As the motions make no substantial showing of the denial of a constitutional right, a certificate fo appealability will not issue. 28 U.S.C. 2253. I certify pursuant to 28 U.S.C. 1915(a) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 4/16/7) (laq) (Entered: 04/24/2007) (Entered: 04/24/2007) |
| 04/16/2007 | 3 | JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed. 28 U.S.C. 1915(e)(2). We certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Kimba M. Wood on 4/16/7) (laq) (Entered: 04/24/2007) |
| 05/03/2007 | 4 | NOTICE OF APPEAL from [3] Judgment - Sua Sponte (Complaint). Document filed by Bernard Barnett. Copies sent to attorney(s) of record: A.U.S.A. (tp) (Entered: 06/14/2007) |
| 05/03/2007 | | Appeal Remark as to [4] Notice of Appeal filed by Bernard Barnett. $455.00 APPEAL FEE DUE. IFP REVOKED 4/16/07. COA DENIED 4/16/07. (tp) (Entered: 06/14/2007) |
| 06/14/2007 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: [4] Notice of Appeal. (tp) (Entered: 06/14/2007) |
| 06/14/2007 | | Transmission of Notice of Appeal to the District Judge re: [4] Notice of Appeal. (tp) (Entered: 06/14/2007) |