# MANDATE

## UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT
Office of The Clerk
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
NEW YORK, NY 10007



UNITED STATES COURT OF APPEALS
FILED
JUL 20 2007
Catherine O'Hagan Wolfe, Clerk
SECOND CIRCUIT

SDNY/NYNY
07-cv-3063
Wood, Kimba

At a stated term of the United States Court of Appeals for the Second Circuit, held at the United States Courthouse, at 500 Pearl Street, in the City of New York, on the 20th day of July, two thousand and Seven,

---

**Docket No.:** 07-2596-mp
Barnett v. United States of America

---

**THE COURT NOTING** that having sent a letter on June 18, 2007 in **07-2596-mp**, Barnett V. United States of America, that Bernard Barnett shall be required to petition the Court for leave to appeal prior to filing any future appeals, and

**THE COURT FURTHER NOTING** that having failed to receive a motion for leave to appeal would result as a dismissal in this present matter,

**IT IS HEREBY ORDERED** that the above captioned case is dismissed for failure to comply with this Court's order.

Catherine O'Hagan Wolfe
Clerk of Court

by:  _Yadira_

Yadira Vargas
Intake Case Manager

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk

by _____
DEPUTY CLERK

ISSUED AS MANDATE   7/20/07